PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.   Docket # 8:02CR53

**Dennis D. Stiers**

On December 2, 2002, Dennis D. Stiers was sentenced to 4 years probation. Dennis D. Stiers has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Dennis D. Stiers be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___21___ day of ___Nov.___, 2005.

The Honorable Laurie Smith Camp  
United States District Judge